# Court of Appeals
# of the State of Georgia

ATLANTA, November 24, 2014

*The Court of Appeals hereby passes the following order*

**A15I0056. CHRISTOPHER B. STANSBURY v. THE STATE.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

13B5188



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta, November 24, 2014.*

      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*